IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES L. TATE, JR.,

    Plaintiff,

v.                                                                       4:16cv575–WS/CAS

JULIE JONES, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 7) docketed October 13, 2016. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections (doc. 8) to the magistrate judge's report and recommendation.

    Having reviewed the magistrate judge's report and recommendation in light of the plaintiff's objections, this court has determined that the magistrate judge's report and recommendation should be adopted. As did the magistrate judge, this

court finds that the plaintiff is barred under § 1915(g) from proceeding in forma pauperis in this case. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's motions (docs. 2 & 5) to proceed in forma pauperis are DENIED.

3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE.

4. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk shall note on the docket that this case was dismissed under § 1915(g).

DONE AND ORDERED this ___1st___ day of ___November___, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE